The Clerk of the Court is directed to close this case.
So Ordered.
Dated: 10/26/2020
  /S/  Raymond J. Dearie

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS J. OLSEN, Individually and on behalf of all other persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FREDA SALVADOR, INC., <br><br> Defendant. | ECF CASE <br><br> No.: 1:20-cv-1524 (RJD)(RLM) |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated:  October 23, 2020
       New York, New York

>       s/ Douglas B. Lipsky
>       Douglas B. Lipsky
>       LIPSKY LOWE LLP
>       420 Lexington Avenue, Suite 1830
>       New York, New York 10170-1830
>       doug@lipskylowe.com
>       212.392.4772
>       *Attorneys for Plaintiff*